THIS OPINION
 HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Greg Wall, Appellant.
 
 
 
 
 

Appeal From Aiken County
Doyet A. Early, III, Circuit Court Judge

Unpublished Opinion No.  2009-UP-518
 Submitted November 2, 2009  Filed
November 19, 2009

Affirmed

 
 
 
 Appellate Defender M. Celia Robinson, of
 Columbia, for Appellant.
 Assistant Chief Legal Counsel J. Benjamin
 Aplin, of Columbia, for Respondent.
 
 
 

PER CURIAM:  Greg
 Wall appeals the revocation of his probation, arguing the trial court lacked
 subject matter jurisdiction to revoke his probation.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and the
 following authority: S.C. Code Ann. §§
 24-21-300, -450 (2007) (providing a probation revocation warrant or a citation
 and affidavit give the court jurisdiction at any hearing on the violation). 
Affirmed.
Hearn,
 C.J., Huff, and Geathers,
 J.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.